**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MARCEL RODRIGUEZ, et al.,

           Plaintiffs,                            24-cv-8026 (JAV) (OTW)

       -against-                            **ORDER**

CITY OF NEW YORK, et al.,

           Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the motion to substitute attorney at ECF 48 and the motion requesting a stay of the proceedings until the motion to substitute is adjudicated at ECF 54.

The Court will hold a Status Conference in this matter on **Wednesday, December 17, 2025 at 10:30AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties should be prepared to discuss the motion to substitute attorney at the conference. Plaintiffs Rodriguez and Colon are also <u>directed</u> to attend the conference and should be prepared to discuss the circumstances regarding the execution of the substitution of attorney. All Plaintiffs' attorneys of record are ordered to inform their clients of their required attendance at the December 17th Conference.

All deadlines in this matter are hereby **STAYED** pending the Court's ruling on the motion to substitute attorney at ECF 48.

The Clerk of the Court is respectfully requested to close ECF 54.

      **SO ORDERED.**

<div style="display: flex; justify-content: space-between;">

Dated: November 18, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

</div>