**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

MARCEL RODRIGUEZ, et al.,

               Plaintiffs,

         -against-

CITY OF NEW YORK, et al.,

               Defendants.

---------------------------------------------------------------x

24-cv-8026 (JAV) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the motion to adjourn the conference at ECF 57.

The Status Conference on December 17, 2025 is **ADJOURNED to December 19, 2025 at 10:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties should be prepared to discuss the motion to substitute attorney. Plaintiffs Rodriguez and Colon are also <u>directed</u> to attend the conference and should be prepared to discuss the circumstances regarding the execution of the substitution of attorney. All Plaintiffs' attorneys of record are ordered to inform the Plaintiffs of their required attendance at the December 19th Conference.

The Clerk of the Court is respectfully requested to close ECF 57.

**SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: December 1, 2025                           **Ona T. Wang**
     New York, New York               United States Magistrate Judge